UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62201-RAR

**CHANEL, INC.,**

      Plaintiff,

vs.

**THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

      Defendants.
_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** comes before the Court on Plaintiff's Motion to File Under Seal, [ECF No. 5]. Plaintiff requests that Schedule "A" to Plaintiff's Complaint and the Summonses in this matter be filed under seal until the Court has had the opportunity to rule on Plaintiff's request for *ex parte* relief, and if granted, the relief ordered therein has been effectuated, at which time Plaintiff will subsequently enter Defendants' names into the Court's CM/ECF system. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to File Under Seal, [ECF No. 5], is **GRANTED**.

2. Schedule "A" to Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court.

3. The Summonses in this matter shall be filed and issued under seal and shall remain under seal until further order from this Court.

4. Within **seven (7) days** of completing service, Plaintiff must move to unseal Schedule "A" and add all of the Defendants as parties through CM/ECF.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**